UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:11-CR-340

v.                                         HON. ROBERT HOLMES BELL

JOHN CLEMENS MARCINKEWCIZ, II,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant John Clemens Marcinkewciz, II, has filed a motion for modification or reduction of sentence (ECF No. 104) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

However, because the mandatory minimum sentence of imprisonment, which is the controlling guideline, was imposed at sentencing, the Probation Office has now found Defendant ineligible for a reduction in sentence under Guideline Amendment 782. No objections have been filed to the Report of Eligibility within the time frame prescribed.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 104) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.


Dated: <u>March 6, 2015</u>                              <u>/s/ Robert Holmes Bell        </u>
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE